# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MATTHEW BURNETT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:13-CV-0451-CEJ |
| ) | |
| ST. CHARLES COUNTY, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

On March 8, 2013, petitioner submitted a letter to the court requesting relief from his state court criminal prosecution. The clerk of court provisionally docketed the letter as a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

If petitioner is seeking habeas corpus relief, he cannot do so by submitting a letter to the court. Instead, petitioner must file a petition using the form created by the court for habeas corpus cases. He will also be required to either pay a filing fee of $5 or submit a motion to proceed in forma pauperis, along with a prison account statement. See 28 U.S.C. § 1915(a).

If it is not petitioner's intent to seek habeas corpus relief, then he is not required to submit a petition and the court will dismiss this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner shall have until **April 22, 2013** to file a petition under 28 U.S.C. § 2241 on a court-provided form. The petition must be

accompanied by either the filing fee of $5.00 or a motion to proceed in forma pauperis, along with a prison account statement.

**IT IS FURTHER ORDERED** that if petitioner fails to submit the required material by the above deadline, this action will be dismissed without prejudice.

**IT IS FURTHER ORDERED** that the clerk of court shall mail to plaintiff a copy of the form petition for filing a writ of habeas corpus under 28 U.S.C. § 2241 and a copy of the form Motion to Proceed In Forma Pauperis - Prisoner Cases.

Dated this 18th day of March, 2013.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE